UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DONALD PUCKETT,** an Oregon resident, on behalf of himself and all similarly situated persons, **PATRICK KAVANAGH**, a Washington resident, on behalf of himself and all similarly situated persons, **THERESA CORDERO**, a California resident, on behalf of herself and all similarly situated persons,<br><br>      Plaintiffs,<br><br>v.<br><br>**MY PILLOW, INC.,**<br><br>      Defendant. | Court File No. 17-00029-MJD-BRT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Donald Puckett, Patrick Kavanagh, and Theresa Cordero ("Plaintiffs") and Defendant My Pillow, Inc. ("Defendant"), through their respective counsel, and subject to the approval of this Court, hereby stipulate as follows:

1. This case was originally filed in this Court on January 4, 2017.

2. The parties reached a mediated agreement to resolve the case on a nation-wide class action basis.

3. Plaintiffs and Defendant presented the national class action settlement agreement for preliminary and final approval in the *Amiri, et al. v. My Pillow, Inc.* (Case No. CIVDS1606479) matter venued in the Superior Court for the State of California.

4. Following final approval by the *Amiri* court, no appeal was filed and the national class action settlement became final and effective.

527688.1

5.	Accordingly, Plaintiffs and Defendant jointly request that the Court enter an Order dismissing this action with prejudice, subject to all terms and conditions in the settlement and final approval order entered in the *Amiri* court.

SO STIPULATED.

Dated:  May 16, 2018		**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**


		By:  s/  Robert K. Shelquist
		       Robert K. Shelquist, #21310X
		       Rebecca A. Peterson, #392663
		      100 South Washington Avenue, Suite 2200
		      Minneapolis, Minnesota  55401
		      Telephone:  (612) 339-6900
		      Facsimile:  (612) 339-0981
		      rkshelquist@locklaw.com
		      rapeterson@locklaw.com

		      Peter J. Bezek, California Bar No. 102310
		      Robert A. Curtis, California Bar No. 203870
		      Kevin D. Gamarnik, California Bar No. 273445
		      [*PRO HAC VICE*]
		      FOLEY BEZEK BEHLE & CURTIS LLP
		      15 West Carrillo Street
		      Santa Barbara, California  93101
		      Telephone: (805) 962-9495
		      Facsimile: (805) 962-0722
		      pbezek@foleybezek.com
		      rcurtis@foleybezek.com
		      kgamarnik@foleybezek.com

		      Rick Klingbeil, Oregon Bar No. 933326
		      [*PRO HAC VICE*]
		      107 SE Washington St., Ste. 233
		      Portland, Oregon  97214
		      Telephone: 503-473-8565
		      Facsimile: 503-427-9001
		      rick@klingbeil-law.com

        Brady Mertz, Oregon Bar No. 970814
        [*PRO HAC VICE*]
        BRADY MERTZ, PC
        2285 Liberty Street NE
        Salem, OR 97301
        Telephone : (503) 385-0121
        Facsimile: (503) 375-2218
        brady@bradymertz.com

        ***Attorneys for Plaintiffs***

Dated:  May 16, 2018        FREDRIKSON & BYRON, P.A.


        By: s/  Todd Wind
            Todd Wind (#0196514)
            Leah C. Janus (#0337365)
        200 South Sixth Street, Suite 4000
        Minneapolis, MN 55402-1425
        Telephone: 612.492.7000
        Facsimile: 612.492.7077
        twind@fredlaw.com
        ljanus@fredlaw.com

        ***Attorneys for Defendant***