# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DONALD PUCKETT,** *an Oregon resident, on behalf of himself and all similarly situated persons*, **PATRICK KAVANAGH**, *a Washington resident, on behalf of himself and all similarly situated persons*, **THERESA CORDERO**, *a California resident, on behalf of herself and all similarly situated persons*,<br><br>    Plaintiffs,<br><br>v.<br><br>**MY PILLOW, INC.,**<br><br>    Defendant. | Court File No. 17-00029-MJD-BRT |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on the parties Stipulation of Dismissal With Prejudice.  Being advised of the filings and premises therein, **IT IS HEREBY ORDERED THAT**:

This case is DISMISSED WITH PREJUDICE, subject to all terms and conditions in the settlement and final approval order entered in *Amiri, et al. v. My Pillow, Inc.,* Case No. CIVDS1606479, venued in the Superior Court for the State of California.

Dated:  May 16, 2018           s/Michael J. Davis
                               Michael J. Davis
                               United States District Court Judge